**Petition for Writ of Mandamus Denied and Memorandum Opinion filed December 5, 2019.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-19-00700-CV

---

### IN RE CODY R. BUSA, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**127th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-34817**

---

## MEMORANDUM OPINION

On September 12, 2019, relator Cody R. Busa filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable R.K. Sandill, presiding judge of the 127th District Court of Harris County, to set aside his July 17, 2019 order striking a counter-affidavit served by relator. *See* Tex. Civ. Prac. & Rem. Code Ann. § 18.001.

Relator has not established that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Wise and Hassan.